# United States Bankruptcy Court
## District of Nevada

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>THE HOLDER GROUP SHARKEY'S, LLC | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): 88-0509911 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>1440 US HIGHWAY 395 N<br>GARDNERVILLE, NV<br>ZIP CODE 89410 | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>DOUGLAS | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>5355 KIETZKE LANE SUITE 102<br>RENO, NV<br>ZIP CODE 89511 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests: ____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: ____

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*). ____

Check all applicable boxes
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**     *THIS SPACE IS FOR COURT USE ONLY*
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **THE HOLDER GROUP SHARKEY'S, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  Not Applicable** Signature of Attorney for Debtor(s)      Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
*(Check any applicable box)*

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*(Check all applicable boxes.)*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **THE HOLDER GROUP SHARKEY'S, LLC** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Attorney

X **/s/ Stephen R. Harris**
Signature of Attorney for Debtor(s)

**Stephen R. Harris, Esq.  Bar No.  001463**
Printed Name of Attorney for Debtor(s) / Bar No.

**Harris & Petroni, Ltd.**
Firm Name

**417 West Plumb Lane Reno, NV 89509**
Address

**775 786-7600**
Telephone Number

**4/30/2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ HAROLD D. HOLDER, SR.**
Signature of Authorized Individual

**HAROLD D. HOLDER, SR.**
Printed Name of Authorized Individual

**MANAGER**
Title of Authorized Individual

**4/30/2013**
Date

# United States Bankruptcy Court

## District of Nevada

In re:  
Case No. _____  
Chapter **11**

**THE HOLDER GROUP SHARKEY'S, LLC**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **HAROLD HOLDER, SR.**, declare under penalty of perjury that I am the **MANAGER** of **THE HOLDER GROUP SHARKEY'S, LLC,** a **NEVADA** Corporation and that on **04/22/2013** the following resolution was duly adopted by the **MEMBERS** of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **HAROLD D. HOLDER, SR.**, **MANAGER** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that **HAROLD D. HOLDER, SR.**, **MANAGER** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that **HAROLD D. HOLDER, SR.**, **MANAGER** of this Corporation, is authorized and directed to employ **Stephen R. Harris, Esq.**, attorney and the law firm of **Harris & Petroni, Ltd.** to represent the Corporation in such bankruptcy case."

Executed on:   **4/30/2013**                    Signed:    **s/ HAROLD D. HOLDER, SR.**  
                                                                                       **HAROLD HOLDER, SR.**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
# District of Nevada

In re **THE HOLDER GROUP SHARKEY'S, LLC**, Case No. _____
Debtor

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **MILOS SHARKEY BEGOVICH LIVING TRUST** <br> **P O BOX 727** <br> **GARDNERVILLE, NV 89410** | | NOTE | DISPUTED | $1,015,391.50 |
| **FIREMAN'S FUND INSURANCE CORPORATE COLLECTIONS DEPARTMENT CH-10273 PALATINE, IL 60055-0273** | | INSURANCE DEDUCTIBLE OWED | | $20,000.00 |
| **IGT** <br> **P O BOX 887866** <br> **LOS ANGELES, CA 90088** | | GOODS/SERVICES | | $16,610.00 |
| **BALLY GAMING, INC BALLY TECHNOLOGIES LOCKBOX 749335 LOS ANGELES CA 90074** | | GOODS/SERVICES | | $9,462.48 |
| **IGT** <br> **P O BOX 887866** <br> **LOS ANGELES CA 90088** | | GOODS SERVICES | | $9,045.87 |
| **PONDEROSA MEAT** <br> **1264 SO VIRGINIA ST** <br> **RENO, NV** | | GOODS SERVICES | | $8,101.05 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **THE HOLDER GROUP SHARKEY'S, LLC**
Debtor

Case No. _____

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| US FOODS<br>850 N HILLS BLVD<br>RENO, NV 89506 | | GOODS SERVICES | | $7,333.46 |
| SKILLMAN GROUP<br>2150 BUTTERFIELD DRIVE, STE 210<br>TROY MI 48084 | | GOODS SERVICES | | $4.300.00 |
| C&M FOOD DISTRIBUTORS<br>7935 SUGAR PINE CT<br>RENO NV 89523 | | GOODS/SERVICES | | $3,556.93 |
| AMERIPRIDE SERVICES, INC<br>78620 WILBUR WAY<br>SACRAMENTO, CA 95828 | | GOODS/SERVICES | | $2,998.99 |
| MINDEN & GARDNERVILLE SANITATION<br>1790 HIGHWAY 395 SOUTH<br>MINDEN, NV 89423 | | SERVICES | | $2,975.78 |
| SWIRE COCA COLA USA<br>P O BOX 1199<br>DRAPER, UT 84020 | | GOODS/SERVICES | | $2,842.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **THE HOLDER GROUP SHARKEY'S, LLC**
Debtor

Case No. _____

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| SOUTHERN WINE & SPIRITS<br>P O BOX 2247<br>SPARKS, NV 89431 | | GOODS/SERVICES | | $2,708.87 |
| MODEL DAIRY, INC<br>P O BOX 3017<br>RENO, NV 89505 | | GOODS/SERVICES | | $2,031.51 |
| STAPLES BUSINESS ADVANTAGE<br>DEPT LA<br>P O BOX 83689<br>CHICAGO, IL 60696 | | GOODS/SERVICES | | $2,019.38 |
| FARMER BROTHERS COFFEE<br>3880 TECHNOLOGY WAY<br>CARSON CITY, NV 89706 | | GOODS/SERVICES | | $1,912.47 |
| TOWN OF GARDNERVILLE<br>1407 HWY 395 N<br>GARDNERVILLE, NV 89410 | | GOODS/SERVICES | | $1,721.36 |
| NEW WEST DISTRIBUTING<br>127 WOODLAND AVE<br>RENO, NV 89523 | | GOODS/SERVICES | | $1,412.45 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **THE HOLDER GROUP SHARKEY'S, LLC** ,   Case No. _____
　　　　　　　　　Debtor　　　　　　　　　　　　　Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| J W WELDING SUPPLY<br>P O BOX 1416<br>FALLON, NV 89407 | | GOODS/SERVICES | | $1,163.79 |
| DYNASTY GAMES<br>3765 BARRON WAY<br>RENO, NV 89511 | | GOODS/SERVICES | | $997.79 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, HAROLD D. HOLDER, SR., MANAGER of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **4/30/2013**　　　　　　　　　　Signature:　**s/ HAROLD D. HOLDER, SR.**

　　　　　　　　　　　　　　　　　　　　　　　**HAROLD D. HOLDER, SR. ,MANAGER**
　　　　　　　　　　　　　　　　　　　　　　　(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

| | |
|---|---|
| Name, Address, Telephone No. & I.D. No.<br>**Stephen R. Harris, Esq.**<br>**Harris & Petroni, Ltd.**<br>**417 West Plumb Lane**<br>**Reno, NV 89509**<br>Phone: **775 786-7600**   Fax:<br>I.D. No.: **001463** | |

**UNITED STATES BANKRUPTCY COURT**
District of Nevada

| | |
|---|---|
| In Re<br>**THE HOLDER GROUP SHARKEY'S, LLC**<br>Debtor(s). | BANKRUPTCY NO.<br>CHAPTER NO.   **11** |

## DECLARATION RE: ELECTRONIC FILING OF PETITION
## SCHEDULES, STATEMENTS AND PLAN (if applicable)

**PART I - DECLARATION OF PETITIONER**

I **HAROLD D. HOLDER, SR.** ,
the undersigned debtor(s) hereby declare under penalty of perjury that the information I have given my attorney and the information provided in the electronically filed petition, statements, schedules, amendments and plan (if applicable) as indicated above is true and correct. I consent to my attorney filing my petition, this declaration, statements, schedules and plan (if applicable) as indicated above to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 15 days following the date the petition was electronically filed. I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C § 707(a)(3) without further notice.

☐ If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7 or 13.  I am aware that I may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 or 13.  I request relief in accordance with the chapter specified in this petition.

☑ [If petitioner is a corporation or partnership]  I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.  The debtor requests relief in accordance with the chapter specified in this petition.

Dated: **4/30/2013**

Signed:   **s/ HAROLD D. HOLDER, SR.**
**HAROLD D. HOLDER, SR.**
(Applicant)

**PART II - DECLARATION OF ATTORNEY**

I, the attorney for the petitioner named in the foregoing petition, declare that, I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Dated: **4/30/2013**

Signed:   **/s/ Stephen R. Harris**
**Stephen R. Harris, Esq.**
Attorney for Debtor(s)

**United States Bankruptcy Court**
**District of Nevada**

In re:  **THE HOLDER GROUP SHARKEY'S, LLC**                                    Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| THE HOLDER GROUP, LLC<br>5355 KIETZKE LANE, STE. 102<br>RENO, NV  89511 |  | 100 PERCENT | MEMBER |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, **HAROLD D. HOLDER, SR.**, **MANAGER** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:  **4/30/2013**                                    s/ **HAROLD D. HOLDER, SR.**

                                                        **HAROLD D. HOLDER, SR., MANAGER, THE HOLDER GROUP SHARKEY'S, LLC**
                                                        Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

B 203
(12/94)

**UNITED STATES BANKRUPTCY COURT**
**District of Nevada**

In re: **THE HOLDER GROUP SHARKEY'S, LLC**                    Case No. _____

                          Debtor                                                              Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                                    $ **ACTUAL FEES**
   Prior to the filing of this statement I have received                          $ **16,213.00**
   Balance Due                                                                    $ _____

2. The source of compensation paid to me was:

   ☐ Debtor          ☑ Other (specify)    **PAID BY CMS INTERNATIONAL, A RELATED ENTITY**

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☑ Other (specify)    **IF THE DEBTOR DOES NOT HAVE SUFFICIENT ASSETS TO PAY FEES, THEY MIGHT BE PAID BY OTHER ENTITIES OWNED BY THE PRINCIPAL, HAROLD HOLDER, SR.**

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d) Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e) [Other provisions as needed]
      **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:
      **None**

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **4/30/2013**

                                                    **/s/ Stephen R. Harris**
                                                    **Stephen R. Harris, Esq., Bar No. 001463**

                                                    **Harris & Petroni, Ltd.**
                                                    Attorney for Debtor(s)

# United States Bankruptcy Court
# District of Nevada

In re **THE HOLDER GROUP SHARKEY'S, LLC**                    Case No.

Debtor.                                                        Chapter    **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **THE HOLDER GROUP SHARKEY'S, LLC** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and
7007.1 state as follows:

  **X**   All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

**Owner**                                                      **% of Shares Owned**
**THE HOLDER GOUP, LLC**                                       **100%**
**5355 KIETZKE LANE, SUITE 102**
**RENO, NV  89511**

OR,

_____   There are no entities to report.


By **/s/ Stephen R. Harris**
   **Stephen R. Harris, Esq.**
   Signature of Attorney

   Counsel for   **THE HOLDER GROUP SHARKEY'S, LLC**
   Bar no.:      **001463**
   Address.:     **Harris & Petroni, Ltd.**
                 **417 West Plumb Lane**
                 **Reno, NV 89509**
   Telephone No.: **775 786-7600**
   Fax No.:
   E-mail address:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

**THE HOLDER GROUP SHARKEY'S, LLC**

Debtor(s).

Bankruptcy No.:

Chapter **11**

VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date **4/30/2013**

Signature **s/ HAROLD D. HOLDER, SR.**
**HAROLD D. HOLDER, SR.**

vercredmatrix.wpd rev. 4/12/07

| | | |
|---|---|---|
| THE HOLDER GROUP SHARKEY'S, LLC<br>5355 KIETZKE LANE SUITE 102<br>RENO, NV 89511 | BMI<br>10 MUSIC SQUARE EAST<br>NASHVILLE, TN 37203 | DYNASTY GAMES<br>3765 BARRON WAY<br>RENO, NV 89511 |
| Stephen R. Harris, Esq.<br>Harris & Petroni, Ltd.<br>417 West Plumb Lane<br>Reno, NV 89509 | BMI<br>10 MUSIC SQUARE EAST<br>NASHVILLE, TN  37203 | FARMER BROTHERS COFFEE<br>3880 TECHNOLOGY WAY<br>CARSON CITY, NV 89706 |
| A #1 CHEMICAL, INC<br>P O BOX 59104<br>DALLAS, TX<br>75229 | C&M FOOD DISTRIBUTORS<br>7935 SUGAR PINE CT<br>RENO NV 89523 | FIREMAN'S FUND INSURANCE<br>CORPORATE COLLECTIONS<br>DEPARTMENT CH-10273<br>PALATINE, IL 60055-0273 |
| ACE HARDWARE<br>1406 INDUSTRIAL WAY<br>GARDNERVILLE, NV 89410 | CITY NATIONAL BANK<br>555 SOUTH FLOWER STREET, 16TH F<br>LOS ANGELES, CA 90071 | FRANCO FRENCH<br>1525 GLENDALE AVE<br>SPARKS, NV 89431 |
| AMERIPRIDE SERVICES, INC<br>78620 WILBUR WAY<br>SACRAMENTO, CA 95828 | CITY NATIONAL BANK<br>555 SOUTH FLOWER STREET 16TH FL<br>LOS ANGELES, CA 90071 | IGT<br>P.O. BOX 887866<br>LOS ANGELES, CA  90088 |
| AMERIPRIDE SERVICES, INC.<br>78620 WILBUR WAY<br>SACRAMENTO, CA  95828 | CROWN BEVERAGES, INC<br>600 SPPICE ISLAND DRIVE<br>SPARKS, NV 89431 | IGT<br>9295 PROTOYPE DRIVE<br>RENO, NV  89511 |
| BALLY GAMING, INC<br>BALLY TECHNOLOGIES<br>LOCKBOX 749335<br>LOS ANGELES CA 90074 | DEPT. OF TAXATION<br>BANKRUPTCY SECTION<br>555 E. WASHINGTON AVE.<br>SUITE 1300<br>LAS VEGAS, NV  89101 | IGT<br>P O BOX 887866<br>LOS ANGELES CA 90088 |
| BALLY GAMING, INC.<br>BALLY TECHNOLOGIES<br>LOCKBOX 749335<br>LOS ANGELES, CA  90074 | DMS DIRECT<br>595 SPICE ISLAND DR UNIT 6<br>SPARKS, NV 89431 | IGT<br>9295 PROTOTYPE DRIVE<br>RENO, NV 89511 |
| BEST BREWED TEAS<br>P O BOX 4143<br>CARSON CITY, NV 89702 | DOUGLAS COUNTY TREASURER<br>1616 8TH STREET<br>MINDEN, NV 89423 | IGT<br>P O BOX 887866<br>LOS ANGELES, CA 90088 |
| INTERNAL REVENUE SERVICE<br>ROLLIN THORLEY, ESQ.<br>STOP 5028<br>110 CITY PARKWAY<br>LAS VEGAS, NV 89106 | NEVADA DEPARTMENT OF TAXATION<br>P O BOX 52609<br>PHOENIX, AZ 85072 | PDS GAMING CORPORATION<br>6280 ANNIE OAKLEY DRIVE<br>LAS VEGAS, NV 89120-3910 |

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA  19101-7346 | NEVADA LABOR COMMISSION<br>675 FAIRVIEW DRIVE<br>SUITE 226<br>CARSON CITY, NV  89710 | PDS GAMING CORPORATION<br>6280 ANNIE OAKLEY DRIVE<br>LAS VEGAS, NV  89120-3910 |
| J W WELDING SUPPLY<br>P O BOX 1416<br>FALLON, NV 89407 | NEVADA NOVELTY<br>2195 CHAROLAISE CIRCLE<br>SPARKS, NV  89431 | PONDEROSA MEAT<br>1264 SO VIRGINIA ST<br>RENO, NV |
| KONAMI GAMING<br>585 TRADE CENTER DRIVE<br>LAS VEGAS, NV  89119 | NEVADA STATE BANK<br>750 E. WARM SPRINGS ROAD<br>LAS VEGAS, NV 89119 | RADIANT SYSTEMS<br>3925 BROOKSIDE PARKWAY<br>ALPHARETTA, GA  30022 |
| MILOS SHARKEY BEGOVICH LIVING T<br>P O BOX 727<br>GARDNERVILLE, NV 89410 | NEW WEST DISTRIBUTING<br>127 WOODLAND AVE<br>RENO, NV 89523 | RENT-A-CUBE<br>P.O. BOX 397<br>MINDEN, NV  89423 |
| MINDEN & GARDNERVILLE SANITATIO<br>1790 HIGHWAY 395 SOUTH<br>MINDEN, NV 89423 | NV DEPARTMENT OF MOTOR VEHICLES<br>ATTN:   LEGAL DIVISION<br>855 WRIGHT WAY<br>CARSON CITY, NV  89711 | ROTO ROOTER<br>200 B CONEY ISLAND DRIVE<br>SPARKS, NV  89431 |
| MODEL DAIRY, INC<br>P O BOX 3017<br>RENO, NV 89505 | OFFICE OF THE US TRUSTEE<br>300 BOOTH STREET<br>ROOM 3009<br>RENO, NV  89509 | SAGE BUSINESS WORKS<br>56 TECHNOLOGY DRIVE<br>IRVINE, CA 92618 |
| NEV. EMPLOYMENT SECURITY<br>500 E. THIRD STREET<br>CARSON CITY, NV  89713 | PAYROLL SYSTEMS OF NEVADA<br>4874 SPARKS BLVD.<br>SPARKS, NV  89436 | SCHINDLER ELEVATOR CORP.<br>1419 N. MARKET BLVD.<br>SUITE 10<br>SACRAMENTO, CA  95834-1937 |
| NEVADA BANK & TRUST<br>976 IDAHO STREET<br>ELKO, NV 89801 | PDS GAMING<br>6280 ANNIE OAKLEY DRIVE<br>LAS VEGAS, NV 89120 | SCHINDLER ELEVATOR CORP.<br>1419 MARKET BLVD., STE. 10<br>SACRAMENTO, CA  95834-1937 |
| SCOLARI'S FOOD & DRUG<br>1329 HWY 395 SOUTH<br>GARDNERVILLE, NV  89410 | SWIRE COCA COLA USA<br>P O BOX 1199<br>DRAPER, UT 84020 | THE HOLDER GROUP, LLC<br>5355 KIETZKE LANE, STE. 102<br>RENO, NV  89511 |
| SEA HORSE I, LLC<br>P O BOX 51657<br>PHOENIX, AZ 85076-1657 | TAVERN PRODUCTS, INC<br>250 VISTA BLVD STE 103<br>SPARKS, NV 89434 | |

```
SEA HORSE I, LLC                          THE HOLDER GROUP SUNDANCE, LLC
P O BOX 54657                             5535 KIETZKE LANE STE 102
PHOENIX, AZ 85076-1657                    RENO, NV 89511



SIERRA NEVADA MEDIA GROUP                 THE HOLDER GROUP, LLC
1503 HWY 395                              5355 KIETZKE LANE, STE 102
GARDNERVILLE, NV  89410                   RENO, NV 89511



SIMPLEX GRINNELL                          TOWN OF GARDNERVILLE
1105 S ROCK BLVD STE 172                  1407 HWY 395 N
RENO, NV 89502                            GARDNERVILLE, NV 89410



SKILLMAN GROUP                            US FOODS
2150 BUTTERFIELD DRIVE, STE 210           850 N HILLS BLVD
TROY MI 48084                             RENO, NV 89506



SOUTHERN WINE & SPIRITS                   WEDCO
P O BOX 2247                              P O BOX 1131
SPARKS, NV 89431                          RENO, NV 89504



STAPLES BUSINESS ADVANTAGE                WILLIAM HILL DBA
DEPT LA                                   C N ACQUISITIONS SUB, INC.
P O BOX 83689                             P.O. BOX 2071
CHICAGO, IL 60696                         RENO, NV  89505
                                          ATTN:  JEFFREY L. SIRI

STOR-ALL                                  WIRTZ BEVERAGE NV
813 SHORT COURT                           P O BOX 742645
GARDNERVILLE, NV  89460                   LOS ANGELES, CA 90074
```