B6 Summary (Official Form 6 - Summary) (12/07)

## United States Bankruptcy Court
### District of Nevada

In re  **THE HOLDER GROUP SHARKEY'S, LLC**  _____,
                        Debtor

Case No. **13-50844-BTB** _____

Chapter **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 8,742,000.00 | | |
| B - Personal Property | YES | 3 | $ 3,939,104.45 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 3 | | $ 5,978,263.53 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 26,470.90 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 7 | | $ 960,180.32 | |
| G - Executory Contracts and Unexpired Leases | YES | 3 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| **TOTAL** | | 20 | $ 12,681,104.45 | $ 6,964,914.75 | |

B6A (Official Form 6A) (12/07)

In re:    THE HOLDER GROUP SHARKEY'S, LLC _____ ,    Case No. __13-50844-BTB__
                              **Debtor**                                                                                        (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **1222 GILMAN AVE GARDNERVILLE, NV APN 1320 33 401 017** | **Fee Owner** | | $ 112,800.00 | $ 102,804.00 |
| **1432 HWY 395 GARDNERVILLE, NV APN 1320 33 401 033** | **Fee Owner** | | $ 193,200.00 | $ 102,747.00 |
| **7 IMPROVED PARCELS ON WHICH THE SHARKEY'S CASINO IS LOCATED APN 1320-33-401-015;016;018;029;030;031; and 032** | **Fee Owner** | | $8,400,000.00 | $5,333,780.37 |
| **APN 1320-33-401-22** | **Fee Owner** | | $ 36,000.00 | $    0.00 |

Total    ➤    | $8,742,000.00 |

(Report also on Summary of Schedules )

B6B (Official Form 6B) (12/07)

In re   THE HOLDER GROUP SHARKEY'S, LLC                          Case No. 13-50844-BTB
                        Debtor                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **CASH ON HAND** | | **64,519.69** |
| Cash on hand | | **HOPPER LOANS** | | **600.00** |
| Cash on hand | | **PETTY CASH** | | **975.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **BANK OF AMERICA OPERATING ACCOUNT** | | **14,668.51** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **DUE FROM HOLDER VENDING COMPANY, LLC** | | **101,675.98** |
| Accounts receivable. | | **DUE FROM SILVER CLUB** | | **3,422,560.74** |
| Accounts receivable. | | **PENDING CREDIT CARD DEPOSITS** | | **1,078.50** |
| Accounts receivable. | | **RETURN CHECKS** | | **1,740.00** |

B6B (Official Form 6B) (12/07) -- Cont.

In re  THE HOLDER GROUP SHARKEY'S, LLC                                    Case No.  13-50844-BTB
_____                                   _____
                          Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16. Accounts receivable. | | RICHARD METTS | | 1,950.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | | PREPAID TAXES AND LICENSES | | 11,143.99 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1992 GMC SIERRA C35000 FLATBED | | 2,400.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 2004 CHEVY SILVERADO TRUCK | | 2,200.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | | COMPUTER EQUIPMENT | | 3,332.63 |
| Machinery, fixtures, equipment and supplies used in business. | | FURNITURE AND EQUIPMENT | | 2,673.58 |
| Machinery, fixtures, equipment and supplies used in business. | | SLOT MACHINES AND GAMING EQUIPMENT | | 242,580.42 |
| 30. Inventory | | BEVERAGE INVENTORY | | 10,745.29 |
| Inventory | | FOOD INVENTORY | | 13,182.79 |
| 31. Animals | X | | | |
| 32. Crops - growing or harvested  Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  THE HOLDER GROUP SHARKEY'S, LLC _____,     Case No. __13-50844-BTB__
                                 **Debtor**                                            **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33. Farming equipment and implements | X | | | |
| 34. Farm supplies, chemicals, and feed | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | OTHER PREPAID | | 2,389.72 |
| Other personal property of any kind not already listed. Itemize. | | PREPAID MAINTENANCE CONTRACTS | | 571.25 |
| Other personal property of any kind not already listed. Itemize. | | PREPAID LOAN FEES | | 1,585.57 |
| Other personal property of any kind not already listed. Itemize. | | PREPAID NGC-01 | | 31,769.48 |
| Other personal property of any kind not already listed. Itemize. | | PREPAID PROPERTY TAXES | | 4,761.31 |

__2__  continuation sheets attached            Total  ⟩       **$3,939,104.45**

(Include amounts from any continuation sheets attached  Report total also on Summary of Schedules )

B6D (Official Form 6D) (12/07)

In re  **THE HOLDER GROUP SHARKEY'S, LLC** _____ ,     Case No.  **13-50844-BTB** _____
                                  Debtor                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BALLY TECHNOLOGIES<br>LOCKBOX 749335<br>LOS ANGELES, CA 90074 | | | LEASED EQUIPMENT<br>SLOT MACHINE LEASE<br>SUBJECT OF LEASE<br>AGREEMENT ON 6 GAMING<br>MACHINES<br><br>VALUE: UNKNOWN | | | | 9,462.48 | 0.00 |
| ACCOUNT NO.  7728<br><br>CITY NATIONAL BANK<br>555 SOUTH FLOWER STREET, 16TH FLOOR<br>LOS ANGELES, CA 90071 | X | | 05/05/2003<br>Deed of Trust<br>apn 1320-33-401-017<br><br>VALUE $112,800.00 | | | | 102,804.18 | 0.00 |
| ACCOUNT NO.  7698<br><br>CITY NATIONAL BANK<br>555 SOUTH FLOWER STREET 16TH FLOOLR<br>LOS ANGELES, CA 90071 | X | | 05/05/2003<br>Deed of Trust<br>apn 1320-33-401-033<br><br>VALUE $193,200.00 | | | | 102,746.53 | 0.00 |
| ACCOUNT NO.<br><br>IGT<br>9295 PROTOTYPE DRIVE<br>RENO, NV 89511 | | | UCC-1 FINANCING STATEMENT<br>GAMING EQUIPMENT SUBJECT<br>TO SECURED LEASE OF $5000<br>PER MONTH PLUS ROYALTIES<br>AND PARTICIPATION<br>AGREEMENT SECDURED ON 11<br>SLOT MACHINES<br><br>VALUE: UNKNOWN | | | | 27,931.00 | 0.00 |

2     continuation sheets
      attached

Subtotal  ➢                              $   242,944.19  $         0.00
(Total of this page)

Total  ➢                                 $              $
(Use only on last page)

(Report also on Summary of   (If applicable, report
Schedules)                   also on Statistical
                             Summary of Certain
                             Liabilities and
                             Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re **THE HOLDER GROUP SHARKEY'S, LLC** _____ ,          Case No.  **13-50844-BTB** _____

Debtor          (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>KONAMI GAMING, INC<br>585 TRADE CENTER DIRVE<br>LAS VEGAS,NV 89119 | X | | GAMING NETWORK-<br>———<br>VALUE $119,304.20 | | | | 187,645.00 | 0.00 |
| ACCOUNT NO.<br><br>NEVADA BANK & TRUST<br>976 IDAHO STREET<br>ELKO, NV 89801 | X | | 02/02/2010<br>UCC-1 FINANCING STATEMENT<br>GAMING EQUIPMENT<br><br>VALUE $62,187.33 | | | | 62,187.33 | 0.00 |
| ACCOUNT NO.<br><br>NEVADA STATE BANK<br>750 E. WARM SPRINGS ROAD<br>LAS VEGAS, NV 89119 | X | | 07/19/2011<br>UCC-1 FINANCING STATEMENT<br>PERSONAL PROPERTY<br><br>VALUE: UNKNOWN | | | | 44,990.58 | 0.00 |
| ACCOUNT NO.  3805<br><br>NEVADA STATE BANK<br>750 E. WARM SPRINGS ROAD<br>LAS VEGAS, NV 89119 | X | | 04/16/2004<br>FIRST PRIORITY DEED OF TRUST AND UCC-1<br>APN 1320-33-401-015, 016, 018, 029, 030, 031, and 032<br><br>VALUE $8,400,000.00 | | | | 1,638,789.79 | 0.00 |
| ACCOUNT NO.<br><br>PDS GAMING CORPORATION<br>6280 ANNIE OAKLEY DRIVE<br>LAS VEGAS, NV 89120-3910 | | | UCC-1 FINANCING STATEMENT SLOT MACHINE LEASE - APPX $165.00 PER DAY SUBJECT TO SECURED LEASE AGREEMENT ON 13 SLOT MACHINES<br><br>VALUE: UNKNOWN | | | | 4,950.00 | 0.00 |

Sheet no.  1 of  2 continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➢
(Total of this page)

$  1,938,562.70  $          0.00

Total  ➢
(Use only on last page)

$          $

(Report also on Summary of  (If applicable, report
Schedules)          also on Statistical
Summary of Certain
Liabilities and
Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  THE HOLDER GROUP SHARKEY'S, LLC _____,     Case No.  13-50844-BTB _____
                        **Debtor**                                                          (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**SEE HORSE I, LLC**<br>**P O BOX 51657**<br>**PHOENIX, AZ 85076-1657** | X | | **05/17/2004**<br>**SECOND PRIORITY DEED OF TRUST AND UCC-1**<br>**APN 1320-33-401-015, 016, 018, 029, 030, 031, and 032 Deferred Interest**<br><br>**VALUE $8,400,000.00** | | | X | 3,796,756.64 | 0.00 |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

| | |
|---|---|
| $  3,796,756.64 | $        0.00 |

Total ➤
(Use only on last page)

| | |
|---|---|
| $  5,978,263.53 | $        0.00 |

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data )

B6E (Official Form 6E) (4/10)

In re    THE HOLDER GROUP SHARKEY'S, LLC _____,    Case No.    <u>13-50844-BTB</u> _____
                                    Debtor                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  continuation sheets attached

B6E (Official Form 6E) (4/10) – Cont.

In re  THE HOLDER GROUP SHARKEY'S, LLC
                                   Debtor

Case No.  **13-50844-BTB**
                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>DOUGLAS COUNTY TREASURER<br>1616 8TH STREET<br>MINDEN, NV 89423 | | | PERSONAL PROPERTY TAX DUE | | | | 10,261.87 | 10,261.87 | $0.00 |
| ACCOUNT NO<br>INTERNAL REVENUE SERVICE<br>ROLLIN THORLEY, ESQ.<br>STOP 5028<br>110 CITY PARKWAY<br>LAS VEGAS, NV 89106 | | | W2G WITHHOLDING OBLIGATION FOR GAMING WINS IN 2012 | | | | 10,732.96 | 10,732.96 | $0.00 |
| ACCOUNT NO<br>NEVADA DEPARTMENT OF TAXATION<br>P O BOX 52609<br>PHOENIX, AZ 85072 | | | SALES AND USE TAX OWED | | | | 5,476.07 | 5,476.07 | $0.00 |

Sheet no  1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▷ (Totals of this page)  $ 26,470.90  $ 26,470.90  $ 0.00

Total ▷ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $ 26,470.90

Total ▷ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $ 26,470.90  $ 0.00

B6F (Official Form 6F) (12/07)

In re  THE HOLDER GROUP SHARKEY'S, LLC
_____
                    Debtor

Case No.  13-50844-BTB
_____
              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO A #1 CHEMICAL, INC P O BOX 59104 DALLAS, TX 75229 | | | GOODS/SERVICES | | | | 466.67 |
| ACCOUNT NO ACE HARDWARE 1406 INDUSTRIAL WAY GARDNERVILLE, NV 89410 | | | GOODS/SERVICES | | | | 550.97 |
| ACCOUNT NO AMERIPRIDE SERVICES, INC 78620 WILBUR WAY SACRAMENTO, CA 95828 | | | GOODS/SERVICES | | | | 2,998.99 |
| ACCOUNT NO BEST BREWED TEAS P O BOX 4143 CARSON CITY, NV 89702 | | | GOODS/SERVICES | | | | 161.20 |
| ACCOUNT NO BMI 10 MUSIC SQUARE EAST NASHVILLE, TN 37203 | | | GOODS/SERVICES | | | | 953.73 |

    6   Continuation sheets attached

                                                                Subtotal  ➤  $        5,131.56

                                                                Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  THE HOLDER GROUP SHARKEY'S, LLC
_____
Debtor

Case No. 13-50844-BTB
_____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO <br><br> **C&M FOOD DISTRIBUTORS** <br> **7935 SUGAR PINE CT** <br> **RENO NV 89523** | | | **GOODS/SERVICES** | | | | **3,556.93** |
| ACCOUNT NO <br><br> **CROWN BEVERAGES, INC** <br> **600 SPICE ISLAND DRIVE** <br> **SPARKS, NV 89431** | | | **GOODS/SERVICES** | | | | **540.49** |
| ACCOUNT NO <br><br> **DMS DIRECT** <br> **595 SPICE ISLAND DR UNIT 6** <br> **SPARKS, NV 89431** | | | **GOODS/SERVICES** | | | | **532.05** |
| ACCOUNT NO <br><br> **DYNASTY GAMES** <br> **3765 BARRON WAY** <br> **RENO, NV 89511** | | | **GOODS/SERVICES/** | | | | **997.79** |
| ACCOUNT NO <br><br> **FARMER BROTHERS COFFEE** <br> **3880 TECHNOLOGY WAY** <br> **CARSON CITY, NV 89706** | | | **GOODS/SERVICES** | | | | **1,912.47** |

_6_  Continuation sheets attached

Sheet no. _1_ of _6_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $    **7,539.73**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   THE HOLDER GROUP SHARKEY'S, LLC

Debtor

Case No. 13-50844-BTB

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>FIREMAN'S FUND INSURANCE CORPORATE COLLECTIONS DEPARTMENT CH-10273 PALATINE, IL 60055-0273 | | | INSURANCE DEDUCTIBLE | | | | 20,000.00 |
| ACCOUNT NO. <br><br>FRANCO FRENCH 1525 GLENDALE AVE SPARKS, NV 89431 | | | GOODS/SERVICES | | | | 765.97 |
| ACCOUNT NO. <br><br>J W WELDING SUPPLY P O BOX 1416 FALLON, NV 89407 | | | GOODS/SERVICES | | | | 1,163.79 |
| ACCOUNT NO. <br><br>MILOS SHARKEY BEGOVICH LIVING TRUST P O BOX 727 GARDNERVILLE, NV 89410 <br><br>ROBERT BERRY, ESQ. 6140 PLUMAS ST STE 200 RENO, NV 89519 | | | BUSINESS PURCHASE | | | X | 760,391.50 |
| ACCOUNT NO. <br><br>MINDEN & GARDNERVILLE SANITATION 1790 HIGHWAY 395 SOUTH MINDEN, NV 89423 | | | GOODS/SERVICES | | | | 2,975.78 |

_6_   Continuation sheets attached

Sheet no. _2_ of _6_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $      785,297.04

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __THE HOLDER GROUP SHARKEY'S, LLC_____     Case No. __13-50844-BTB_____
                        Debtor                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br><br>MODEL DAIRY, INC<br>P O BOX 3017<br>RENO, NV 89505 | | | GOODS/SERVICES | | | | 2,031.51 |
| ACCOUNT NO<br><br>NEVADA RESTAURANT SUPPLY<br>540 S 15TH STREET<br>SPARKS, NV 89431 | | | GOODS/SERVICES | | | | 114.88 |
| ACCOUNT NO<br><br>NEW WEST DISTRIBUTING<br>127 WOODLAND AVE<br>RENO, NV 89523 | | | GOODS/SERVICES | | | | 1,412.45 |
| ACCOUNT NO<br><br>PONDEROSA MEAT<br>1264 SO VIRGINIA ST<br>RENO, NV | | | GOODS/SERVICES | | | | 8,101.05 |
| ACCOUNT NO<br><br>SAGE BUSINESS WORKS<br>56 TECHNOLOGY DRIVE<br>IRVINE, CA 92618 | | | GOODS/SERVICES | | | | 868.85 |

 _6_  Continuation sheets attached

Sheet no. _3_ of _6_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                  Subtotal  >  $        12,528.74

                                                    Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __THE HOLDER GROUP SHARKEY'S, LLC_____,          Case No. __13-50844-BTB_____
                              Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO <br><br> **SCOLARI'S FOOD & DRUG** <br> **1329 HIGHWAY 395 S** <br> **GARDNER VILLE, NV 89410** | | | GOODS/SERVICES | | | | **73.99** |
| ACCOUNT NO <br><br> **SIERRA NEVADA MEDIA GROUP** <br> **1503 HWY 395** <br> **GARDNERVILLE, NV 89410** | | | SERVICES | | | | **300.00** |
| ACCOUNT NO <br><br> **SIMPLEX GRINNELL** <br> **1105 S ROCK BLVD STE 172** <br> **RENO, NV 89502** | | | GOODS/SERVICES | | | | **432.12** |
| ACCOUNT NO <br><br> **SKILLMAN GROUP** <br> **2150 BUTTERFIELD DRIVE, STE 210** <br> **TROY MI 48084** | | | GOODS/SERVICES | | | | **4,300.00** |
| ACCOUNT NO <br><br> **SOUTHERN WINE & SPIRITS** <br> **P O BOX 2247** <br> **SPARKS, NV 89431** | | | GOODS/SERVICES | | | | **2,708.87** |

        _6_   Continuation sheets attached

Sheet no _4_ of _6_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                              Subtotal  >  $ |  **7,814.98**

                                                                 Total  >  $ |

                                        (Use only on last page of the completed Schedule F.)
                        (Report also on Summary of Schedules and, if applicable on the Statistical
                                        Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   THE HOLDER GROUP SHARKEY'S, LLC                              Case No.  13-50844-BTB
                              Debtor                                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO | | | | | | | 2,019.38 |
| STAPLES BUSINESS ADVANTAGE DEPT LA P O BOX 83689 CHICAGO, IL 60696 | | | GOODS/SERVICES | | | | |
| ACCOUNT NO | | | | | | | 396.00 |
| STOR-ALL 813 SHORT COURT GARDNERVILLE, NV 89460 | | | GOODS/SERVICES | | | | |
| ACCOUNT NO | | | | | | | 2,842.00 |
| SWIRE COCA COLA USA P O BOX 1199 DRAPER, UT 84020 | | | GOODS/SERVICES | | | | |
| ACCOUNT NO | | | | | | | 836.25 |
| TAVERN PRODUCTS, INC 250 VISTA BLVD STE 103 SPARKS, NV 89434 | | | GOODS/SERVICES | | | | |
| ACCOUNT NO | | | | | | | 57,333.32 |
| THE HOLDER GROUP SUNDANCE, LLC 5535 KIETZKE LANE STE 102 RENO, NV 89511 | | | MONEY LOANED | | | | |

                6   Continuation sheets attached

Sheet no.  5 of 6 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                    Subtotal  >   $        63,426.95

                                                    Total  >   $

                            (Use only on last page of the completed Schedule F.)
                    (Report also on Summary of Schedules and, if applicable on the Statistical
                            Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   THE HOLDER GROUP SHARKEY'S, LLC
                        Debtor

Case No.  13-50844-BTB
                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br><br>THE HOLDER GROUP, LLC<br>5355 KIETZKE LANE, STE 102<br>RENO, NV 89511 | | | MONEY LOANED | | | | 66,783.21 |
| ACCOUNT NO<br><br>TOWN OF GARDNERVILLE<br>1407 HWY 395 N<br>GARDNERVILLE, NV 89410 | | | SERVICES | | | | 2,760.14 |
| ACCOUNT NO<br><br>US FOODS<br>850 N HILLS BLVD<br>RENO, NV 89506 | | | GOODS/SERVICES | | | | 7,333.46 |
| ACCOUNT NO<br><br>WEDCO<br>P O BOX 1131<br>RENO, NV 89504 | | | GOODS/SERVICES | | | | 961.31 |
| ACCOUNT NO<br><br>WIRTZ BEVERAGE NV<br>P O BOX 742645<br>LOS ANGELES, CA 90074 | | | GOODS/SERVICES | | | | 603.20 |

_6_   Continuation sheets attached

Sheet no. _6_ of _6_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $ 78,441.32

Total  >  $ 960,180.32

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re:   THE HOLDER GROUP SHARKEY'S, LLC                          ,        Case No.   13-50844-BTB
                                    Debtor                                                      (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| AMERIPRIDE SERVICES, INC.<br>78620 WILBUR WAY<br>SACRAMENTO, CA  95828 | 36 MONTH LEASE FOR LINEN SERVICE COMMENCED 6/9/11.  MONTHLY PAYMENT OF APPROXIMATELY $325. |
| BALLY GAMING, INC.<br>LOCKBOX 749335<br>LOS ANGELES, CA 90074 | SLOT MACHINE LEASE |
| BALLY GAMING, INC.<br>BALLY TECHNOLOGIES<br>LOCKBOX 749335<br>LOS ANGELES, CA  90074 | LEASE FOR FOUR SLOT MACHINES AT $19.58/DAY.  THIS IS A 36 MONTH LEASE WITH $1 BUYOUT AT END.  THIRTY DAY NOTICE REQUIRED FOR CANCELLATION. |
| BMI<br>10 MUSIC SQUARE EAST<br>NASHVILLE, TN 37203 | MUSIC LICENSE AGREEMENT FOR ONE YEAR PERIOD WITH AUTO RENEWAL SINCE 11/2007, WITH 30 DAY NOTICE REQUIRED FOR CANCELLATION.  ANNUAL FEE IS $465. |
| FRONTIER<br>P.O. BOX 20550<br>ROCHESTER, NY  14602 | MONTH TO MONTH TELEPHONE SERVICE CONTRACT FOR $435.65/MONTH.  30 DAYS NOTICE REQUIRED FOR CANCELLATION. |
| IGT<br>9295 PROTOYPE DRIVE<br>RENO, NV  89511 | MICROSOFT END-USE LICENSE AGREEMENT. |
| IGT<br>P.O. BOX 887866<br>LOS ANGELES, CA  90088 | ROYALTY AGREEMENT FOR MULTI-HAND POKER MACHINES AT $20/DAY FOR 1 MACHINE, WITH REMAINING 6 MACHINES AT $15/DAY.  CONTRACT IS TERMINATED BY RETURN OF ALL MACHINES. |
| IGT<br>P.O. BOX 887866<br>LOS ANGELES, CA  90088 | MONTH TO MONTH SLOT PARTICIPATION AGREEMENT. FEE IS 20% OF NET WIN OR $20/DAY PER MACHINE, WHICHEVER IS GREATER. THIRTY DAY NOTICE REQUIRED FOR CANCELLATION. |

B6G (Official Form 6G) (12/07) -Cont.

In re:  **THE HOLDER GROUP SHARKEY'S, LLC**                    ,   Case No.  **13-50844-BTB**
                                   **Debtor**                                          **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **KONAMI GAMING**<br>**585 TRADE CENTER DRIVE**<br>**LAS VEGAS, NV  89119** | **SALES & SECURITY AGREEMENT FOR SLOT ACCOUTNING & PLAYERS CLUB SYSTEM.** |
| **KONAMI GAMING**<br>**585 TRADE CENTER DRIVE**<br>**LAS VEGAS, NV  89119** | **MONTHLY SYSTEM SUPPORT CONTRACT AT $922.25/WEEK.** |
| **NEVADA NOVELTY**<br>**2195 CHAROLAISE CIRCLE**<br>**SPARKS, NV  89431** | **ATM, CIGARETTE MACHINE AND JUKEBOX LEASE. $1.00 COMMISSION ON ATM TRANSACTIONS, $.50 COMMISSION ON CIGARETTE SALES AND 10% COMMISSION ON JUKEBOX.** |
| **PAYROLL SYSTEMS OF NEVADA**<br>**4874 SPARKS BLVD.**<br>**SPARKS, NV  89436** | **MONTH TO MONTH PAYROLL SERVICES CONTRACT.  FEE BASED ON PAYROLL.  THIRTY DAYS NOTICE REQUIRED FOR CANCELLATION.** |
| **PDS GAMING CORPORATION**<br>**6280 ANNIE OAKLEY DRIVE**<br>**LAS VEGAS, NV  89120-3910** | **SLOT MACHINE LEASE AGREEMENT FOR $15/DAY PER MACHINE.  6 MONTH RENEWABLE CONTRACT.** |
| **PDS GAMING CORPORATION**<br>**6280 ANNIE OAKLEY DRIVE**<br>**LAS VEGAS, NV  89120-3910** | **SLOT MACHINE LEASE AGREEMENT AT $10 TO $15/DAY PER MACHINE DEPENDING ON GAME TYPE.** |
| **RADIANT SYSTEMS**<br>**3925 BROOKSIDE PARKWAY**<br>**ALPHARETTA, GA  30022** | **MONTH TO MONTH SERVICE AGREEMENT ON POINT OF SALE PROGRAM WITH MONTHLY PAYMENT OF $691.74.  THIRTY DAY NOTICE REQUIRED FOR CANCELLATION.** |
| **RENT-A-CUBE**<br>**P.O. BOX 397**<br>**MINDEN, NV  89423** | **MONTH TO MONTH LEASE FOR STORAGE SPACE AT $260.00 PER MONTH.  THIRTY DAYS NOTICE REQUIRED FOR CANCELLATION.** |

B6G (Official Form 6G) (12/07) -Cont.

In re:    THE HOLDER GROUP SHARKEY'S, LLC                    ,         Case No.    13-50844-BTB
                              Debtor                                                        (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| SCHINDLER ELEVATOR CORP.<br>1419 MARKET BLVD., STE. 10<br>SACRAMENTO, CA  95834-1937 | MONTH TO MONTH ELEVATOR MAINTENANCE CONTRACT AT $272.62 PER MONTH.  THIRTY DAY NOTICE REQUIRED FOR CANCELLATION. |
| STOR-ALL<br>813 SHORT COURT<br>GARDNERVILLE, NV 89460 | MONTH TO MONTH LEASE FOR STORAGE SPACE AT $396.00 PER MONTH.  THIRTY DAYS NOTICE REQUIRED FOR CANCELLATION. |
| WILLIAM HILL DBA<br>C N ACQUISITIONS SUB, INC.<br>P.O. BOX 2071<br>RENO, NV  89505<br>ATTN:  JEFFREY L. SIRI | SPORTSBOOK CONTRACT WHICH EXPIRES ON THE LAST DAY OF THE CALENDAR MONTH FOLLOWING NFL SUPERBOWL GAME OF 2016.  FEE IS $500 PER MONTH. |

B6H (Official Form 6H) (12/07)

In re: **THE HOLDER GROUP SHARKEY'S, LLC**
_____,
                  **Debtor**

Case No.  **13-50844-BTB**_____
              **(If known)**

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| HAROLD D. HOLDER, SR<br>900 SCHELLBOURNE ST<br>RENO, NV 89511 | CITY NATIONAL BANK<br>555 SOUTH FLOWER STREET, 16TH FLOOR<br>LOS ANGELES, CA 90071 |
| HAROLD D. HOLDER, SR.<br>900 SCHELLBOURNE ST<br>RENO, NV 89511 | CITY NATIONAL BANK<br>555 SOUTH FLOWER STREET 16TH FLOOLR<br>LOS ANGELES, CA 90071 |
| HAROLD D. HOLDER, SR<br>5355 KIETZEK LANE # 102<br>RENO, NV 89511<br><br>HOLDER HOSPITALITY GROUP, LLC<br>5355 KIETZKE LANE #102<br>RENO, NV 89511<br><br>THE HOLDER GROUP SUNDANCE, LLC<br>5355 KIETZKE LANE #120<br>RENO, NV 89511 | KONAMI GAMING, INC<br>585 TRADE CENTER DIRVE<br>LAS VEGAS,NV 89119 |
| HAROLD  D. HOLDER SR<br>5355  KIETZKE  LANE #102<br>RENO, NV 89511 | NEVADA BANK & TRUST<br>976 IDAHO STREET<br>ELKO, NV 89801 |
| ANNA MARIE HOLDER<br>5355 KIETZEK LANE STE 102<br>RENO, NV 89511<br><br>HAROLD D. HOLDER SR.<br>5355 KIETZKE LANE STE 102<br>RENO, NV 89511<br><br>HAROLD D. HOLDER, SR<br>5355 KIETZKE LANE STE 102<br>RENO, NV 89511<br><br>THE HOLDER GROUP, LLC<br>5355 KIETZKE LANE STE 102<br>RENO, NV 89511 | NEVADA STATE BANK<br>750 E. WARM SPRINGS ROAD<br>LAS VEGAS, NV 89119 |
| ANNA MARIE HOLDER<br>5355 KIETZKE LANE STE 102<br>RENO, NV 89511<br><br>HAROLD D. HOLDER SR<br>5355 KIETZKE LANE STE 102<br>RENO, NV 89511<br><br>THE HOLDER GROUP, LLC<br>5355 KIETZKE LANE STE 102<br>RENO, NV 89511 | SEE HORSE I, LLC<br>P O BOX 51657<br>PHOENIX, AZ 85076-1657 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  THE HOLDER GROUP SHARKEY'S, LLC                                  Case No.   13-50844-BTB
                                 Debtor                                                           (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I HAROLD D. HOLDER, SR., the MANAGER of the Corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 22 _____ sheets *(Total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date   5/10/13 _____           Signature: _____

                                            HAROLD D. HOLDER, SR. MANAGER
                                            [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

B7 (Official Form 7) (4/10)

### UNITED STATES BANKRUPTCY COURT
### District of Nevada

In re:  **THE HOLDER GROUP SHARKEY'S, LLC** _____,  Case No. **13-50844-BTB** _____
                                    Debtor                                    (If known)

# STATEMENT OF FINANCIAL AFFAIRS

---

### 1. Income from employment or operation of business

None ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 3,919,475.00 | **BUSINESS OPERATIONS** | **2011** |
| 3,746,760.00 | **BUSINESS OPERATIONS** | **2012** |
| 1,164,464.00 | **BUSINESS OPERATIONS 2013 TO DATE** | **2013** |

---

### 2. Income other than from employment or operation of business

None ☑  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑  a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

2

None    b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90**
☐    **days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is
affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that
were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a
plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13
must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **SEE ATTACHED** | | | |

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date
of adjustment.

None    c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the
☐    benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **CMS INTERNATIONAL**<br>**5355 KIETZKE LANE STE 102**<br>**RENO, NV 89511**<br>   **COMMON PRINCIPALS** | **REIMBURSEMENT OF MONTHLY BILLED EXPENSES FOR SERVICES PERFORMED SEE ATTACHED** | 405,540.72 | **MONTHLY INVOICE** |
| **THE HOLDER GROUP, LLC**<br>**5355 KIETZKE LANE STE 102**<br>**RENO, NV 89511**<br>   **PRINCIPAL** | **SEE ATTACHED - REIMBURSEMENT FOR PAYMENTS MADE ON BEHALF OF DEBTOR** | 5,000.00 | |

**3. b Payments to Creditors within in the last 90 Days of Greater than $6,225 in the Aggregate**

| Vendor Name | Address | Address 2 | City | State | Zip | Payment Dates | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|---|---|
| BALLY GAMING, INC. | LOCKBOX #749335 | | Los Angeles | CA | 90074-9335 | 2/8/2013 | 3,189.60 | |
| BALLY GAMING, INC. | | | | | | 3/13/2013 | 3,295.92 | |
| BALLY GAMING, INC. | | | | | | 3/18/2013 | 3,189.60 | |
| BALLY GAMING, INC. | | | | | | 4/8/2013 | 3,295.92 | 9,568.80 |
| **BALLY GAMING, INC. Total** | | | | | | | 12,971.04 | 9,568.80 |
| CAPITAL BEVERAGE INC | 2333 Fairview Drive | | Carson City | NV | 89701 | 2/13/2013 | 5,584.10 | |
| CAPITAL BEVERAGE INC | | | | | | 3/11/2013 | 4,701.00 | |
| CAPITAL BEVERAGE INC | | | | | | 4/10/2013 | 3,917.16 | |
| CAPITAL BEVERAGE INC | | | | | | 4/15/2013 | 2,469.25 | |
| CAPITAL BEVERAGE INC | | | | | | 4/16/2013 | 603.00 | |
| CAPITAL BEVERAGE INC | | | | | | 4/23/2013 | 1,183.90 | 0.00 |
| **CAPITAL BEVERAGE INC Total** | | | | | | | 18,458.41 | 0.00 |
| CITY NATIONAL BANK | | | | | | 2/5/2013 | 1,191.05 | |
| CITY NATIONAL BANK | | | | | | 2/5/2013 | 1,191.74 | |
| CITY NATIONAL BANK | | | | | | 3/5/2013 | 1,191.05 | |
| CITY NATIONAL BANK | | | | | | 3/5/2013 | 1,191.74 | |
| CITY NATIONAL BANK | | | | | | 4/5/2013 | 1,191.05 | |
| CITY NATIONAL BANK | | | | | | 4/5/2013 | 1,191.74 | 0.00 |
| **CITY NATIONAL BANK Total** | | | | | | | 7,148.37 | 0.00 |
| DOUGLAS COUNTY TREASURER | P. O. BOX 3000 | | Minden | NV | 89423 | 3/4/2013 | 5,913.57 | |
| DOUGLAS COUNTY TREASURER | | | | | | 3/19/2013 | 3,459.59 | 10,261.87 |
| **DOUGLAS COUNTY TREASURER Total** | | | | | | | 9,373.16 | 10,261.87 |
| FRANCO FRENCH | 1525 GLENDALE AVE | | Sparks | NV | 894310 | 1/29/2013 | 613.96 | |
| FRANCO FRENCH | | | | | | 2/4/2013 | 490.12 | |
| FRANCO FRENCH | | | | | | 2/11/2013 | 509.49 | |
| FRANCO FRENCH | | | | | | 2/19/2013 | 857.23 | |
| FRANCO FRENCH | | | | | | 2/25/2013 | 490.55 | |
| FRANCO FRENCH | | | | | | 3/4/2013 | 503.13 | |
| FRANCO FRENCH | | | | | | 3/11/2013 | 529.03 | |
| FRANCO FRENCH | | | | | | 3/18/2013 | 484.12 | |
| FRANCO FRENCH | | | | | | 3/25/2013 | 515.53 | |
| FRANCO FRENCH | | | | | | 4/1/2013 | 441.35 | |
| FRANCO FRENCH | | | | | | 4/8/2013 | 588.30 | |
| FRANCO FRENCH | | | | | | 4/15/2013 | 519.36 | |

| Vendor | Address 1 | Address 2 | City | State | Zip | Date | Amount | Total |
|---|---|---|---|---|---|---|---|---|
| FRANCO FRENCH | | | | | | 4/22/2013 | 546.73 | **1,062.24** |
| **FRANCO FRENCH Total** | | | | | | | **7,088.90** | **1,062.24** |
| KONAMI | | PO BOX 887866 | Los Angeles | CA | 90088-7866 | 1/30/2013 | 2,081.85 | |
| KONAMI | | | | | | 2/20/2013 | 2,081.85 | |
| KONAMI | | | | | | 2/27/2013 | 2,081.85 | |
| KONAMI | | | | | | 3/6/2013 | 2,081.85 | |
| KONAMI | | | | | | 3/13/2013 | 2,081.85 | |
| KONAMI | | | | | | 3/20/2013 | 2,081.85 | |
| KONAMI | | | | | | 3/27/2013 | 2,081.85 | |
| KONAMI | | | | | | 4/3/2013 | 2,081.85 | |
| KONAMI | | | | | | 4/12/2013 | 2,081.85 | |
| **KONAMI Total** | | | | | | | **18,736.65** | **0.00** |
| IGT (Participation) | | | | | | 2/6/2013 | 1,590.00 | |
| IGT (Participation) | | | | | | 2/11/2013 | 1,590.00 | |
| IGT (Participation) | | | | | | 2/20/2013 | 4,923.57 | |
| IGT (Participation) | | | | | | 3/11/2013 | 1,776.43 | |
| IGT (Participation) | | | | | | 3/20/2013 | 1,590.00 | |
| IGT (Participation) | | | | | | 4/10/2013 | 1,700.00 | **9,045.87** |
| **IGT (Participation) Total** | | | | | | | **13,170.00** | **9,045.87** |
| IGT ROYALTY | | PO BOX 887866 | Los Angeles | CA | 90088-7866 | 2/6/2013 | 3,410.00 | |
| IGT ROYALTY | | | | | | 2/11/2013 | 3,410.00 | |
| IGT ROYALTY | | | | | | 2/20/2013 | 76.43 | |
| IGT ROYALTY | | | | | | 3/11/2013 | 3,223.57 | |
| IGT ROYALTY | | | | | | 3/20/2013 | 3,410.00 | |
| IGT ROYALTY | | | | | | 4/10/2013 | 3,300.00 | |
| **IGT ROYALTY Total** | | | | | | | **16,830.00** | **0.00** |
| NEVADA DEPT OF TAXATION | STATE OF NEVADA - SALES/USE | P.O. BOX 52609 | Phoenix | AZ | 85072-2609 | 1/31/2013 | 5,607.85 | |
| NEVADA DEPT OF TAXATION | | | | | | 2/28/2013 | 4,816.94 | |
| NEVADA DEPT OF TAXATION | | | | | | 2/28/2013 | 166.02 | |
| NEVADA DEPT OF TAXATION | | | | | | 4/1/2013 | 4,941.66 | **5,476.07** |
| **NEVADA DEPT OF TAXATION Total** | | | | | | | **15,532.47** | **5,476.07** |
| NEVADA GAMING COMMISSION | | | | | | 1/24/2013 | 15,896.57 | |
| NEVADA GAMING COMMISSION | | | | | | 2/25/2013 | 6,346.10 | |
| NEVADA GAMING COMMISSION | | | | | | 3/25/2013 | 8,115.81 | |
| NEVADA GAMING COMMISSION | | | | | | 4/1/2013 | 2,760.00 | |
| NEVADA GAMING COMMISSION | | | | | | 4/24/2013 | 14,484.99 | **0.00** |
| **NEVADA GAMING COMMISSION Total** | | | | | | | **47,603.47** | **0.00** |
| NEVADA STATE BANK | | | | | | 2/19/2013 | 15,926.32 | |
| NEVADA STATE BANK | | | | | | 2/19/2013 | 2,200.00 | |
| NEVADA STATE BANK | | | | | | 3/15/2013 | 15,926.32 | |
| NEVADA STATE BANK | | | | | | 3/15/2013 | 2,200.00 | |
| NEVADA STATE BANK | | | | | | 4/19/2013 | 15,926.32 | |

| Vendor | Address | City | State | Number | Date | Amount | Total |
|---|---|---|---|---|---|---|---|
| NEVADA STATE BANK | | | | | 4/19/2013 | 2,200.00 | |
| NEVADA STATE BANK Total | | | | | | 54,378.96 | 0.00 |
| NV ENERGY | PO BOX 30065 | Reno | NV | 89520 | 2/7/2013 | 6,022.08 | |
| NV ENERGY | | | | | 3/7/2013 | 5,303.03 | |
| NV ENERGY | | | | | 4/8/2013 | 5,102.33 | 6,062.37 |
| NV ENERGY Total | | | | | | 16,427.44 | 6,062.37 |
| PDS GAMING CORPORATION | 6820 ANNIE OAKLEY DRIVE | Las Vegas | NV | 89120-3910 | 2/28/2013 | 899.64 | |
| PDS GAMING CORPORATION | | | | | 2/28/2013 | 4,948.02 | |
| PDS GAMING CORPORATION | | | | | 1/31/2013 | 996.03 | |
| PDS GAMING CORPORATION | | | | | 1/31/2013 | 5,478.17 | |
| PDS GAMING CORPORATION | | | | | 4/1/2013 | 996.03 | |
| PDS GAMING CORPORATION | | | | | 4/1/2013 | 5,478.17 | 6,265.35 |
| PDS GAMING CORPORATION Total | | | | | | 18,796.06 | 6,265.35 |
| PONDEROSA MEAT & PROVISIONS | 1264 SO. VIRGINIA ST | Reno | NV | 89505-3051 | 1/29/2013 | 664.64 | |
| PONDEROSA MEAT & PROVISIONS | | | | | 2/4/2013 | 528.53 | |
| PONDEROSA MEAT & PROVISIONS | | | | | 2/11/2013 | 1,482.96 | |
| PONDEROSA MEAT & PROVISIONS | | | | | 2/19/2013 | 902.57 | |
| PONDEROSA MEAT & PROVISIONS | | | | | 2/25/2013 | 891.36 | |
| PONDEROSA MEAT & PROVISIONS | | | | | 3/4/2013 | 1,156.19 | |
| PONDEROSA MEAT & PROVISIONS | | | | | 3/11/2013 | 593.84 | |
| PONDEROSA MEAT & PROVISIONS | | | | | 3/18/2013 | 1,042.96 | |
| PONDEROSA MEAT & PROVISIONS | | | | | 3/25/2013 | 1,196.53 | |
| PONDEROSA MEAT & PROVISIONS | | | | | 4/1/2013 | 1,262.59 | |
| PONDEROSA MEAT & PROVISIONS | | | | | 4/8/2013 | 1,599.59 | |
| PONDEROSA MEAT & PROVISIONS | | | | | 4/15/2013 | 1,265.61 | |
| PONDEROSA MEAT & PROVISIONS | | | | | 4/22/2013 | 872.14 | 8,154.26 |
| PONDEROSA MEAT & PROVISIONS Total | | | | | | 13,459.51 | 8,154.26 |
| SEE HORSE I LLC | | | | | 3/28/2013 | 20,359.79 | |
| SEE HORSE I LLC Total | | | | | | 20,359.79 | 0.00 |
| SOUTHERN WINE SPIRITS | PO BOX 2247 | Sparks | NV | 89431 | 2/13/2013 | 2,826.59 | |
| SOUTHERN WINE SPIRITS | | | | | 3/11/2013 | 1,645.97 | |
| SOUTHERN WINE SPIRITS | | | | | 4/10/2013 | 2,843.83 | 2,708.87 |
| SOUTHERN WINE SPIRITS Total | | | | | | 7,316.39 | 2,708.87 |
| SOUTHWEST GAS | PO BOX 98890 | Las Vegas | NV | 89150-0101 | 2/4/2013 | 2,611.87 | |
| SOUTHWEST GAS | | | | | 3/4/2013 | 2,263.30 | |
| SOUTHWEST GAS | | | | | 4/3/2013 | 1,715.15 | 1,133.24 |
| SOUTHWEST GAS Total | | | | | | 6,590.32 | 1,133.24 |
| SYSCO | 7062 Pacific Avenue | Pleasant Grove | CA | 95668 | 1/23/2013 | 1,110.28 | |
| SYSCO | | | | | 1/30/2013 | 2,534.06 | |
| SYSCO | | | | | 2/6/2013 | 2,157.33 | |
| SYSCO | | | | | 2/13/2013 | 2,543.65 | |
| SYSCO | | | | | 2/20/2013 | 2,045.55 | |

| Vendor | Address | City | State | Zip | Date | Amount | Total |
|---|---|---|---|---|---|---|---|
| SYSCO | | | | | 2/27/2013 | 2,418.79 | |
| SYSCO | | | | | 3/6/2013 | 1,655.27 | |
| SYSCO | | | | | 3/13/2013 | 1,757.02 | |
| SYSCO | | | | | 3/20/2013 | 649.98 | |
| SYSCO | | | | | 3/27/2013 | 971.89 | |
| SYSCO | | | | | 4/3/2013 | 942.38 | |
| SYSCO | | | | | 4/10/2013 | 1,163.68 | |
| SYSCO | | | | | 4/17/2013 | 1,064.52 | |
| SYSCO | | | | | 4/24/2013 | 1,077.89 | 0.00 |
| SYSCO Total | | | | | | 22,092.29 | 0.00 |
| US FOODS | 850 N HILLS BLVD | Reno | NV | 89506 | 1/23/2013 | 1,991.07 | |
| US FOODS | | | | | 1/29/2013 | 1,397.57 | |
| US FOODS | | | | | 1/30/2013 | 921.98 | |
| US FOODS | | | | | 2/4/2013 | 1,269.21 | |
| US FOODS | | | | | 2/6/2013 | 824.12 | |
| US FOODS | | | | | 2/11/2013 | 1,347.05 | |
| US FOODS | | | | | 2/13/2013 | 846.06 | |
| US FOODS | | | | | 2/19/2013 | 889.88 | |
| US FOODS | | | | | 2/20/2013 | 938.17 | |
| US FOODS | | | | | 2/25/2013 | 1,070.22 | |
| US FOODS | | | | | 2/27/2013 | 907.44 | |
| US FOODS | | | | | 3/4/2013 | 14.07 | |
| US FOODS | | | | | 3/6/2013 | 2,088.87 | |
| US FOODS | | | | | 3/11/2013 | 1,275.94 | |
| US FOODS | | | | | 3/13/2013 | 1,120.10 | |
| US FOODS | | | | | 3/18/2013 | 1,189.34 | |
| US FOODS | | | | | 3/20/2013 | 862.53 | |
| US FOODS | | | | | 3/25/2013 | 1,031.79 | |
| US FOODS | | | | | 3/27/2013 | 1,482.76 | |
| US FOODS | | | | | 4/1/2013 | 1,994.82 | |
| US FOODS | | | | | 4/3/2013 | 1,706.90 | |
| US FOODS | | | | | 4/8/2013 | 814.96 | |
| US FOODS | | | | | 4/10/2013 | 1,404.36 | |
| US FOODS | | | | | 4/15/2013 | 1,491.95 | |
| US FOODS | | | | | 4/17/2013 | 1,645.90 | |
| US FOODS | | | | | 4/22/2013 | 2,051.75 | |
| US FOODS | | | | | 4/24/2013 | 2,056.17 | 6,348.74 |
| US FOODS Total | | | | | | 34,634.98 | 6,348.74 |
| Grand Total | | | | | | 360,968.21 | 66,087.68 |

**Questions 3'c & 23**

**Reimbursement for Corp Expenses to CMS:(EIN 88-0240390)**

| Month | Description | Amount | Amt Still Owing |
|-------|-------------|--------|-----------------|
| Apr-12 | CMS Corp Expenses | $23,533.63 | 0 |
| May-12 | CMS Corp Expenses | 29,830.86 | 0 |
| Jun-13 | CMS Corp Expenses | 24,228.10 | 0 |
| Jul-13 | CMS Corp Expenses | 24,174.49 | 0 |
| Aug-12 | CMS Corp Expenses | 27,610.51 | 0 |
| Sep-12 | CMS Corp Expenses | 16,382.40 | 0 |
| Oct-12 | CMS Corp Expenses | 21,628.10 | 0 |
| Nov-12 | CMS Corp Expenses | 24,338.74 | 0 |
| Dec-12 | CMS Corp Expenses | 23,316.70 | 0 |
| Jan-13 | CMS Corp Expenses | 24,143.05 | 0 |
| Feb-13 | CMS Corp Expenses | 32,850.00 | 0 |
| Mar-13 | CMS Corp Expenses | 29,778.49 | 0 |
| Apr-13 | CMS Corp Expenses | 23,821.60 | 0 |
| | | $325,636.67 | $0.00 |

uit

**Intercompany Invoice Pmts to CMS:**

| Month | Inv #'s | Amount | Amt Still Owing |
|-------|---------|--------|-----------------|
| Apr-12 | 5148; 5152; 5156 | 5,266.37 | 0 |
| 5/31/2012 | 5160; 5164; 5169 | 6,919.14 | 0 |
| 6/30/2012 | 5172; 5176; 5180 | 6,871.90 | 0 |
| 7/31/2012 | 5185; 5189; 5193 | 6,825.51 | 0 |
| 8/31/2012 | 5197; 5201; 5205 | 6,839.49 | 0 |
| 9/30/2012 | 5209; 5214; 5217 | 6,867.60 | 0 |
| 10/31/2012 | 5221; 5225; 5229 | 6,871.90 | 0 |
| 11/30/2012 | 5233; 5237; 5242 | 6,961.26 | 0 |
| 12/31/2012 | 5247; 5248; 5249; 5260 | 7,833.30 | 0 |
| 1/31/2013 | 5264; 5266; 5273 | 3,638.95 | 0 |
| 2/28/2013 | 5278; 5285; 5286; 5290 | 5,108.75 | 0 |
| 3/31/2013 | 5295; 5299; 5304; 5309 | 5,221.51 | 0 |
| 4/30/2013 | 5316; 5317; 5318 | 4,678.40 | 0 |
| | | 79,904.08 | $0.00 |

**Reimbursement to The Holder Group LLC: (EIN: 65-0928867)**

| Date | Check No. | Description | Amount |
|------|-----------|-------------|--------|
| 4/17/2012 | 5485 | Reimbursements for pmts made on behalf of Sharkey's | $2,500.00 |
| 4/12/2013 | 5467 | Reimbursements for pmts made on behalf of Sharkey's | 2,500.00 |
| | | | $5,000.00 |

C:\Users\srhasst\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\J81SUOYV\Copy of 11 Schedules - Sharkey's 2013A (4)

5/9/20135:34 PM                           Pmts to Insiders

3

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| MASHELL BEGOVICH & MARY SOPHIA SMITH TT OF MILOS SHARKEY BEOVICH LIVING TRUST V. THE HOLDER GROUP SHARKEY'S LLC   13CV0063 | BREACH OF CONTRACT | NINTH JUDICIAL DISTRICT COURT DOUGLAS COUNTY, NEVADA | PENDING |
| ANDERSON V. SHARKEY'S | INDUSTRIAL INSURANCE CLAIM - PENDING APPEAL | NEVADA DEPARTMENT OF ADMINISTRATION CARSON CITY, NV | APPEAL PENDING |
| DARK V. SHARKEY'S   NRAE 13908 | INDUSTRIAL INSURANCE CLAIM | N/A | CLOSED 12/26/12 BUYOUT 3387.85 |
| BELTRAN V. SHARKEY'S   868605 TARV | INDUSTRIAL INSURANCE CLAIM | N/A | CLOSED |
| FERGUSON V. SHARKEY'S   42206LLW | INDUSTRIAL INSURANCE CLAIM | NEVADA DEPT OF ADMINISTRATION CARSON CITY, NV | DISMISSED WITH PREJUDICE |

None ☑   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None ☑   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6. Assignments and receiverships

None ☑   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

4

None ☑   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

## 7. Gifts

None ☐   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **MAIN STREET GARDNERVILLE 1407 HWY 395 N GARDNERVILLE, NV 89410** | **NONE** | 05/26/2012 | **$126.00  DONATED 2 DOLLARS FOR EVERY TICKET SOLD BY SHARKEY'S FOR THE OPEN RANGE DINNER - 63 TICKETS SOLD** |

## 8. Losses

None ☑   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

## 9. Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **HARRIS & PETRONI LTD 417 WEST PLUMB LANE RENO, NV 89511** | **CMS INTERNATIONAL** | **$16,231.00** |

5

## 10. Other transfers

None ☑    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☑    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR' INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None ☑    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None ☑    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None ☑    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

6

## 14. Property held for another person

None

☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None

☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None

☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None

☑

a.    List  the  name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None

☑

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

c.     List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| | | |

## 18.  Nature, location and name of business

None
☑

a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| | | | | |

None
☑

b.     Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|
| | |

## 19.  Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **ANDREW RASMUSSEN**<br>**1370 WILLARD LANE**<br>**CARSON CITY, NV 89701** | **Resigned 10/14/2011** |
| **JANICE BREEDEN**<br>**1440 HIGHWAY 395 NORTH**<br>**GARDNERVILLE, NV 89410** | **TO PRESENT** |
| **RON TERRELL**<br>**2405 CENTENNIAL DRIVE**<br>**GENOA, NV 89411** | **Resigned 05/28/2011** |

None
☑

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| | | |

8

None ❏  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account
and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| SKILLMAN GROUP, PLC | 2150 BUTTERFIELD, STE 210<br>TROY, MI 48084 |
| THE HOLDER GROUP, LLC | 5355 KIETZKE LANE #102<br>RENO, NV 89511 |

None ❏  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| CITY NATIONAL BANK<br>555 SOUTH FLOWER STREET<br>19TH FLOOR<br>LOS ANGELES, CA 90071 | 02/28/2013 |
| NEVADA BANK & TRUST<br>976 IDAHO STREET<br>ELKO, NV 89801 | 02/01/2013 |
| NEVADA STATE BANK<br>400 N GREEN VALLEY PARKWAY<br>2ND FLOOR<br>HENDERSON, NV 89074 | 07/09/2012 |
| PDS GAMING<br>6280 ANNIE OAKLEY DRIVE<br>LAS VEGAS, NV 89120 | 02/27/2012 |
| TEMPLE-BOWRON HOUSE<br>1507 PINE STREET<br>BOULDER CO 80302 | 02/28/2011 |
| UMPQUA BANK<br>P O BOX 1820<br>ROSEBURG, OR 97470 | 01/13/2012 |

## 20. Inventories

None ❏  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the
taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) | |
|-------------------|----------------------|------------------------------------------------------------------|---|
| 02/28/2013 | JOHN BELFORD | 14,600.61 | COST (FOOD) |
| 02/28/2013 | ROBERT BRISTOL | 12,108.18 | COST (BEVERAGE) |
| 03/31/2013 | ROBERT BRISTOL | 10,959.15 | COST (BEVERAGE) |

None ☐    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **02/28/2013** | **JANICE BREEDEN** <br> **1440 US HIGHWAY 395 N** <br> **GARDNERVILLE, NV 89410** <br> **ALL INVENTORIES** |

## 21. Current Partners, Officers, Directors and Shareholders

None ☑    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **THE HOLDER GROUP, LLC** <br> **5355 KIETZKE LANE 102** <br> **RENO NEVADA 89511** | **MEMBER** | **100% OWNERSHIP** |

## 22. Former partners, officers, directors and shareholders

None ☑    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☑    b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24. Tax Consolidation Group.

None ☐    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **THE HOLDER GROUP, LLC** | **65-0928867** |

10

## 25. Pension Funds.

None
☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date ___5/10/13___          Signature _____

HAROLD D. HOLDER, SR., MANAGER
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*