NICHOLAS STROZZA, ASSISTANT U.S. TRUSTEE
State Bar #CA 117234
WILLIAM B. COSSITT, #3484
Office of the United States trustee
300 Booth Street, Room 3009
Reno NV  89509
Telephone: (775) 784-5335
Fax: (775) 784-5531

Attorneys for Acting United States Trustee
August B. Landis

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case no: BK-N-13-50844-BTB |
| | Chapter 11 |
| THE HOLDER GROUP SHARKEY'S, LLC, | US TRUSTEE'S OBJECTION TO DEBTOR'S DISCLOSURE STATEMENT |
| | Hearing Date: September 12, 2013 |
| | Hearing Time: 10:00 a.m. |
| Debtor. | Est. Time Req.: 15 min. |

The Acting United States Trustee ("US Trustee") hereby objects to approval of the Debtor's proposed disclosure statement.

The US Trustee represents that the disclosure statement should not be approved because the Debtor is delinquent in the payment of the quarterly fees and therefore it does not provide adequate information as required by 11 U.S.C. § 1125.

This Objection is made pursuant to 28 U.S.C. §§ 586(a)(3)(B) and 1930, 11 U.S.C. § 1125, the following points and authorities, all pleadings and papers on file herein and any argument to be presented at the hearing on this matter.

1

## POINTS AND AUTHORITIES

The US Trustee, pursuant to the provisions of 28 U.S.C. § 586(a)(3)(B), has standing to review and file with the Court comments with respect to disclosure statements and plans of reorganization.

The disclosure statement does not disclose that the quarterly fees for the second quarter of 2013 have not been paid and are delinquent. A current statement for the quarterly fees is attached hereto as Exhibit "A" and incorporated herein by reference. Despite the Debtor's representation that payment was sent, it has not been received. Requests for information from the Debtor regarding when, where, and how the payment was sent have not received a response.

A hypothetical reasonable investor would require the Debtor to disclose that it is not current on the payment of the required quarterly fees.

## CONCLUSION

WHEREFORE, for all the reasons stated above, the US Trustee respectfully requests the Court deny approval of the disclosure statement and grant such other relief as the Court deems proper.

DATED this 6th day of September, 2013.

Respectfully submitted,

Nicholas Strozza, State Bar # CA 117234
William B. Cossitt, State Bar #3484
300 Booth Street, #3009
Reno NV 89509
(775) 784-5335

/s/ WILLIAM B. COSSITT
_____
Attorneys for Acting United States Trustee
August B. Landis

# CERTIFICATE OF SERVICE

1. On September 6, 2013, I served the foregoing US TRUSTEE'S OBJECTION TO DEBTOR'S DISCLOSURE STATEMENT

2. I served the above-named document (by the following means to the persons as listed below:

☒    a. ECF System:

- STEPHEN R HARRIS    noticesbh&p@renolaw.biz; bhpclerk@renolaw.biz; jodie@renolaw.biz; ellie@renolaw.biz; norma@renolaw.biz
- STEFANIE T. SHARP    ssharp@rbsllaw.com, btaylor@rbsllaw.com
- KAARAN E. THOMAS    kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com
- AMY N. TIRRE    amy@amytirrelaw.com, admin@amytirrelaw.com
- U.S. TRUSTEE - RN - 11    USTPRegion17.RE.ECF@usdoj.gov
- RYAN J. WORKS    rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com, bgrubb@mcdonaldcarano.com

☐    b. U.S. Mail, postage fully prepaid (list persons and addresses):

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 6th day of September, 2013.

                     **/s/ Kimberly Flores**
                     KIMBERLY FLORES

# EXHIBIT "A"



**Chapter 11 Quarterly Fee Information and Collection System (FICS)**
US Trustees, US Department of Justice

## Account Reconciliation

Field Office: 17 07 Reno, NV

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case #:** | 783-13-50844 | **CPC:** | **OCS:** | | **Billed($):** | 4,875.00 |
| **Debtor:** | THE HOLDER GROUP SHARKEY'S, LL | **CDC:** | **CTO:** | | Fees($): | 4,875.00 |
| **Opened:** | 04-30-13 | **Closed:** | **CNV:** | **CBC:** | Interest($): | 0.00 |
| | | | **TIN:** | | **Payments($):** | **0.00** |
| | | | | | Principal($): | 0.00 |
| | | | | | Interest($): | 0.00 |
| | | | | | **Balance($):** | **4,875.00** |

| **Quarterly Fees and Disbursements** | | | **Payments** | | | |
|---|---|---|---|---|---|---|
| **Quarter** | **Disbursements ($)** | **Fee ($)** | **Batch** | **Date** | **Type Code** | **Payment($)** |
| 2-2013 | 483,809 | 4,875 | | | | |

**Interest**

To date, there have been no interest assessment transactions posted for this account.