STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, Nevada 89511
Telephone: (775) 786-7600
E-Mail: steve@harrislawreno.com
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

IN RE:

THE HOLDER GROUP SHARKEY'S, LLC,

Debtor.

_____/

Case No. 13-50844-btb

(Chapter 11)

STIPULATION FOR TREATMENT OF GENERAL UNSECURED CLAIM OF THE MILOS SHARKEY BEGOVICH LIVING TRUST DTD 5/2/02

Hearing Date: December 19, 2013
Hearing Time: 11:00 a.m.

THE HOLDER GROUP SHARKEY'S, LLC, a Nevada limited liability company, Debtor and Debtor-in-Possession herein ("Debtor"), by and through its attorney STEPHEN R. HARRIS, ESQ., of HARRIS LAW PRACTICE LLC, and THE MILOS SHARKEY BEGOVICH LIVING TRUST DTD 5/2/02 ("Begovich Trust"), by and through its attorney ROBERT G. BERRY, ESQ., 3701 Fairview Road, Reno, Nevada 89511 hereby stipulate and agree that the treatment of the Begovich Trust's general unsecured claim as now set forth in Class 5 of the Debtor's First Amended Plan of Reorganization filed on October 8, 2013, as Docket No. 89, shall be amended as follows:

5. CLASS 5 CLAIMS [ALLOWED GENERAL UNSECURED CREDITORS]:

The Class 5 Allowed General Unsecured Creditors, shall be paid 100% of their allowed claims by the Debtor as follows:

STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE, LLC
6151 LAKESIDE DRIVE
SUITE 2100
RENO, NEVADA 89511
TELEPHONE: (775) 786-7600

1

1. The Class 5 non-insider allowed general unsecured claims totaling $41,388.18 shall be paid in full prorata within two (2) years of the Confirmation Date in monthly payments of principal and interest at the rate of 5.25% per annum accruing after the Confirmation Date, calculated on a two (2) year amortization until paid in full;

2. The general unsecured claim of the Begovich Trust is deemed an allowed claim for $700,000.00, not the Proof of Claim amount of $760,000.00, and shall be payable monthly at zero percent interest pursuant to the terms of the parties' original promissory note, with monthly payments to be amortized over a thirty (30) year period, and to be paid in full eight (8) years following the Confirmation Date, with monthly payments of $1,944.44 each to commence January 15, 2014, and continue on the 15th day of each successive month thereafter, with a 15 day grace period. Payments shall be made payable to the Milos Sharkey Begovich Living Trust and mailed in care of Robert G. Berry, 3710 Fairview Road, Reno, NV 89511. Further, upon confirmation, the Trustees of the Begovich Trust agree to dismiss the breach of contract complaint now pending in the Ninth Judicial District Court in and for the County of Douglas, State of Nevada, case no. 13-cv0063, without prejudice, but with the condition that the civil case may only be recommenced upon a post-petition default by the Debtor; and

3. The Class 5 "insider" allowed general unsecured claims of the Debtor shall be paid only after the Class 5 "non-insider" allowed general unsecured claims and the Class 5 claim of the Begovich Trust are paid in full.

Accordingly, the Class 5 General Unsecured Claims are _impaired_ under the Plan.

Respectfully submitted this 27th day of November, 2013.

| | |
|---|---|
| STEPHEN R. HARRIS, ESQ.<br>HARRIS LAW PRACTICE LLC<br>/s/ Stephen R. Harris | ROBERT G. BERRY, ESQ.,<br><br>/s/ Robert G. Berry |
| Attorneys for Debtor | Attorney for Milos Sharkey Begovich Trust |

THE HOLDER GROUP SHARKEY'S LLC

By: /s/ [signature]
Harold D. Holder, Sr., Manager

STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE, LLC
6151 LAKESIDE DRIVE
SUITE 2100
RENO, NEVADA 89511
TELEPHONE: (775) 786-7600